UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA TER HOVHANNISIAN, | ) Case No. 2:20-cv- 09373-MAA |
| | ) |
| Plaintiff, | ) STIPULATION FOR THE AWARD |
| | ) AND PAYMENT OF ATTORNEY |
| v. | ) FEES AND EXPENSES PURSUANT |
| | ) TO THE EQUAL ACCESS TO |
| KILOLO KIJAKAZI, | ) JUSTICE ACT, 28 U.S.C. § 2412(d), |
| Acting Commissioner of Social | ) AND COSTS PURSUANT TO |
| Security, | ) 28 U.S.C. § 1920 |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of SEVEN THOUSAND DOLLARS ($7,000.00) as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: July 11, 2022

_____
HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

-1-